UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: JOHN W. WALLACE,

Case No. 15-mc-80293-MEJ

**ORDER FOR CLERK OF COURT TO REASSIGN MATTER WITH REPORT AND RECOMMENDATION DENYING LEAVE TO FILE COMPLAINT PER PRE-FILING REVIEW ORDER**

Re: Dkt. No. 1

On November 27, 2015, John W. Wallace filed what appears to be a civil complaint. Dkt. No. 1. However, Mr. Wallace's complaints are subject to a pre-filing review order. *See Wallace v. United States Government*, Case No. 04-cv-01147 (N.D. Cal. August 18, 2004) (pre-filing review order). The pre-review order followed Mr. Wallace's filing of several cases in this Court concerning real estate. The Court found that all of the cases were frivolous. *Id.* at 6. Mr. Wallace's present filing consists of three pages with multiple handwritten sentences, each stating "Charge: Trespass," followed by an address in the Bay Area. Dkt. No. 1. The filing is unintelligible: no parties are identified and no causes of action or facts are comprehensibly stated. Assuming this is intended to be a complaint, per the pre-filing review in place, Mr. Wallace should be denied leave to file it.

As Mr. Wallace did not yet consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), the Clerk of Court shall **REASSIGN** this case to a District Judge, with the recommendation that Mr. Wallace be **DENIED** leave to file this complaint.

**IT IS SO ORDERED AND RECOMMENDED.**

Dated: December 15, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WALLACE,

        Plaintiff,

  v.

,

        Defendant.

Case No.  15-mc-80293-MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 15, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John William Wallace
General Delivery
San Francisco, CA 94142

Dated: December 15, 2015

Richard W. Wieking
Clerk, United States District Court

By: _____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES

2